**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   KENNETH R. WHITE,                              No. C 09-0067 WHA (PR)

10                    Plaintiff,                   **ORDER OF TRANSFER**

11       v.

12   N. GRANNIS, Chief, Inmate Appeals
     Branch; Correctional Officer S.
13   KNIGHT; R. HALL, Appeal
     Coordinator; and KEN CLARK,
14   Warden,

15                    Defendants.
                                          /
16

17          This is a civil rights case brought pro se by a state prisoner.  The acts complained of

18   occurred at the Corcoran Substance Abuse Treatment Facility, which is in the venue of the

19   United States District Court for the Eastern District of California.  Defendants, who are

20   Department of Corrections and Rehabilitation employees, appear to reside there as well.

21   Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

22          This case is **TRANSFERRED** to the United States District Court for the Easter District of

23   California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, plaintiff's request for leave to

24   proceed in forma pauperis will not be ruled upon.

25          **IT IS SO ORDERED.**

26   Dated:  January __13__ , 2009.

27                                          _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
28   G:\PRO-SE\WHA\CR.09\WHITE0067.TRN.wpd